UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| GERALD KEYES, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:14-cv-00048-TWP-DML |
| | ) |
| SCHINDLER ELEVATOR CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff, Gerald Keyes, Jr., and Defendant, Schindler Elevator Corporation, having filed a Joint Stipulation of Dismissal with Prejudice,

IT IS THEREFORE ORDERED that all claims asserted by Plaintiff Gerald Keyes, Jr. in this matter are dismissed with prejudice, with each party to bear his/its own attorneys' fees and costs.

Date: 12/11/2014

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

COPIES TO:

J. Gregory Joyner
faline@naberlaw.com

Michael W. Padgett
padgettm@jacksonlewis.com

Melissa K. Taft
melissa.taft@jacksonlewis.com

4837-6532-1248, v. 1